48

by a properly appointed court of Criminal Appeals. Thereafter, Article 67(a), UCMJ, 10 U.S.C. § 867(a) (2006) will apply.

Thursday, September 12, 2013

No. 13–0705/AF. U.S. v. Robert F. Lindsey. CCA 37894. Appellant's motion to withdraw petition for grant of review granted.

No. 13–0711/AR. U.S. v. Colt M. Smith. CCA 20110398. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including September 24, 2013, and absent extraordinary circumstances, no further extension of time will be granted in this case.

No. 14–0023/AR. U.S. v. Christopher M. Dahl. CCA 20110385. Appellant's motion to extend time to file the supplement to the petition of review granted to September 30, 2013.

No. 14–0024/AR. U.S. v. Arthur J. Clayton, Jr. CCA 20110742. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 30, 2013.

No. 14–0025/AR. U.S. v. Anthony J. Elliott. CCA 20110876. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 30, 2013.

